IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARJUAN DERRICK ROBINSON,
    Plaintiff,

vs.                                      Case No.: 3:18cv1629/MCR/EMT

CAPTAIN E. BOGDEN, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff, a Florida inmate proceeding pro se, initiated this action on August 6, 2018, by filing a civil rights complaint against four prison officials, claiming they failed to protect him from another inmate and injured him by dumping him on his head and dragging him down the sidewalk while he was handcuffed (ECF No. 1). The court granted Plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee (ECF No. 5). The order was mailed to Plaintiff at his address of record, but was returned as undeliverable on September 24, 2018, indicating that Plaintiff was deceased (ECF No. 6).

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).  On November 13, 2018, the court noted Plaintiff's death on the docket and ordered that any motion for substitution must be filed within ninety (90) days (ECF No. 7).  No motion for substitution has been filed[1]

Accordingly, it is respectfully **RECOMMENDED**:

That this action be **DISMISSED** and the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of February 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

---

[1] The copy of the order sent to Plaintiff at the only address of record this court has, was returned as undeliverable (ECF No. 8).

Case No.: 3:18cv1629/MCR/EMT