# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DARJUAN DERRICK ROBINSON,

    Plaintiff,

v.                      CASE NO. 3:18cv1629/MCR/EMT

CAPTAIN E. BOGDEN, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 15, 2019. ECF No. 9. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This action is **DISMISSED** and the clerk be directed to close the file.

**DONE AND ORDERED** this 18th day of March 2019.

 *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**